IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 5:17cr10-RH/EMT

**MICHAEL WAYNE FREEMAN**
_____/

**FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on June 7, 2017, a Federal Grand Jury sitting in the Northern District of Florida issued a one count Indictment against the defendant, charging him with being a felon in possession of firearms and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2);

WHEREAS, the Indictment included a Criminal Forfeiture provision, pursuant to Title 18, United States Code, Section 924(d)(1) that put the defendant on notice that the United States would seek to forfeit the Glock GMBH 19 pistol, CAL: 9, SN:

1

NAS170; the Ruger LCP pistol, CAL:380 SN:373-60179; and three (3) rounds of CCI ammunition CAL:9 as property involved in the offenses alleged in Count One; and

WHEREAS, on August 3, 2017, the defendant plead guilty to Count One of the Indictment and thus the firearms and ammunition are subject to forfeiture as property involved; and

WHEREAS, on September 12, 2017, a Preliminary Order of Forfeiture was entered by this Court: and

WHEREAS, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, the Preliminary Order of Forfeiture became final as to the defendant MICHAEL WAYNE FREEMAN at the time of his sentencing on November 2, 2017. On November 3, 2017, a Judgment was entered by the Court forfeiting the defendant's interest in the following property:

**A.   One (1) Glock GMBH 19 Pistol, CAL: 9, SN: NAS170;**

**B.   One (1) Ruger LCP Pistol, CAL:380 SN:373-60179; and**

**C.   Three (3) Rounds of CCI Ammunition CAL:9.**

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and the intent of the United States of America to dispose of the

property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning September 14, 2017. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, Veronica Dalton, the registered owner of both the Glock and Ruger pistols, was sent a copy of the Preliminary Order by regular and certified mail; and

WHEREAS, Nancy Merrill, the mother of Veronica Dalton, was sent a copy of the Preliminary Order by regular and certified mail; and

WHEREAS, it has been at least thirty days since notice was received by Veronica Dalton and Nancy Merrill. The U.S. Attorney's Office has not received a claim for the two firearms and ammunition listed above. Since no person or entity has filed a claim, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

SO ORDERED on January 14, 2018.

s/Robert L. Hinkle<br>
United States District Judge